UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KACIE HINCHCLIFF,<br><br>        Plaintiff,<br><br>    v.<br><br>ST. JOSEPH HEALTH, et al.,<br><br>        Defendants. | Case No.  16-cv-03892-HSG<br><br>**ORDER DIRECTING FILING OF JOINT CASE MANAGEMENT STATEMENT** |

On November 30, 2016, Plaintiff Kacie Hinchcliff filed a unilateral case management statement.  Dkt. No. 18.  Both this Court's standing order and Civil Local Rule 16-9 require the parties to file a joint case management statement.  If a party is unable to obtain the cooperation of another party in the preparation of a joint case management statement, the complying party must file a declaration describing the conduct of the uncooperative party with its unilateral case management statement.  Civ. L.R. 16-9(a).

The parties have failed to file a joint case management statement or a declaration explaining their failure to file a joint statement.  Accordingly, the Court ORDERS the parties to comply with Local Rule 16-9(a) and this Court's standing order by December 5, 2016, at 5:00pm.  The joint statement shall contain detailed information under each heading, including a joint proposed schedule, so that the statement is helpful to the Court.

**IT IS SO ORDERED.**

Dated: 12/2/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge