UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KACIE HINCHCLIFF,

Plaintiff,

v.

ST. JOSEPH HEALTH, et al.,

Defendants.

Case No.  16-cv-03892-HSG

**SCHEDULING ORDER AND ORDER REGARDING ADR PHONE CONFERENCE**

The Court held a case management conference on December 6, 2016.  The Court enters the following case schedule.

| Event | Deadline |
|---|---|
| Deadline to Amend Pleadings | March 1, 2017 |
| Close of Fact Discovery | June 15, 2017 |
| Exchange of Opening Expert Reports | June 29, 2017 |
| Exchange of Rebuttal Expert Reports | July 13, 2017 |
| Close of Expert Discovery | July 27, 2017 |
| Last Day to Hear Dispositive Motions | September 7, 2017 at 2:00 pm |
| Pretrial Conference | October 24, 2017 at 3:00 pm |
| Jury Trial | November 13, 2017 at 8:30am - 4 days |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

The Court further DIRECTS the parties to contact the ADR department to schedule an ADR phone conference, if they have not already done so.

**IT IS SO ORDERED.**

Dated: 12/8/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California