1  CHARLES L. THOMPSON, IV, State Bar No. 139927
   charles.thompson@ogletreedeakins.com
2  ROSHNI CHAUDHARI, State Bar No. 310612
   roshni.chaudhari@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:   415.442.4810
   Facsimile:    415.442.4870
6
7  Attorneys for Defendants
   ST. JOSEPH HEALTH, SANTA ROSA MEMORIAL HOSPITAL,
   and ANGELA DANVERS
8
9  **UNITED STATES DISTRICT COURT**
10 **NORTHERN DISTRICT OF CALIFORNIA**
11

| 12 | KACIE HINCHCLIFF, | Case No. 4:16-cv-03892-HSG |
|---|---|---|
| 13 | Plaintiff, | **JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION** |
| 14 | v. | |
| 15 | ST. JOSEPH HEALTH; SANTA ROSA MEMORIAL HOSPITAL; ANGELA DANVERS; and DOES 1-50, | Complaint Filed:  April 19, 2016<br>Trial Date:          November 13, 2017 |
| 17 | Defendants. | |

Case No. 4:16-cv-03892-HSG
JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION

1  WHEREAS, Plaintiff Kacie Hinchcliff filed this action on April 19, 2016 in Sonoma County Superior Court and Defendants St. Joseph Health, Santa Rosa Memorial Hospital, and Angela Danvers subsequently removed the matter to this Court on July 13, 2016;

WHEREAS on December 16, 2016, the Court ordered the parties to complete court-connected mediation within 90 days;

WHEREAS on January 11, 2017, the Court appointed Martin H. Dodd as Mediator;

WHEREAS the current deadline to engage in mediation in this case is March 16, 2017;

WHEREAS the parties initially planned to depose Plaintiff and then mediate in March 2017;

WHEREAS the parties have agreed to take Plaintiff's deposition and mediate at a later mutually agreeable date due to ongoing discovery necessary for meaningful mediation and the parties' respective schedules including trial schedules; and

NOW, THEREFORE, the parties, by and through their counsel of record, hereby stipulate and agree to extend the mediation completion date from March 16, 2017 to June 2, 2017.

IT IS SO STIPULATED.

DATED: March 16, 2017                     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ *Roshni Chaudhari*
    CHARLES L. THOMPSON, IV
    ROSHNI CHAUDHARI

    Attorneys for Defendant
    ST. JOSEPH HEALTH; SANTA ROSA MEMORIAL HOSPITAL; ANGELA DANVERS

1                                                              Case No. 4:16-cv-03892-HSG
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION

DATED: March 16, 2017                           KORNBLUM, COCHRAN, ERICKSON & HARBISON, LLP


By: /s/ *Charles D. Cochran*
    CHARLES D. COCHRAN
    AMY S. WINTERS

    Attorneys for Plaintiff
    KACIE HINCHCLIFF


### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.


DATED: March 16, 2017                           By: /s/ *Roshni Chaudhari*
                                                    ROSHNI CHAUDHARI


### ORDER

Having read the parties' stipulation, and finding good cause therefor, the Court hereby ORDERS that the deadline to complete court-connected mediation is extended from March 16, 2017 to June 2, 2017.

IT IS SO ORDERED.


Dated: March 17, 2017                           _____
                                                HON. HAYWOOD S. GILLIAM, JR.
                                                United States District Court Judge

29106813.1